

# CAVALLI GRAFITTI GIRLS COLLECTION 2014

JUST CAVALLI #2,#3



REYES REVOK STEEL MURAL SAN FRANCISCO 2011

IMAGES TAKEN FROM REYES REVOK STEEL MURAL SAN FRANCISCO 2011 AND USED AS TEXTILE DESIGN FOR CAVALLI GRAFITTI GIRLS COLLECTION





## JUST CAVALLI #5

## CAVALLI GRAFITTI GIRLS COLLECTION 2014



IMAGES TAKEN FROM REYES REVOK STEEL MURAL SAN FRANCISCO 2011
AND USED AS TEXTILE DESIGN FOR CAVALLI GRAFITTI GIRLS COLLECTION



RED BOXS INDICATE AREAS WHERE CAVALLI USED EXACT IMAGES FROM MURAL



JUST CAVALLI #6

CAVALLI GRAFITTI GIRLS COLLECTION 2014

IMAGES TAKEN FROM REYES REVOK STEEL MURAL SAN FRANCISCO 2011 AND USED AS TEXTILE DESIGN FOR CAVALLI GRAFITTI GIRLS COLLECTION

RED BOXS INDICATE AREAS WHERE CAVALLI USED EXACT IMAGES FROM MURAL







# JUST CAVALLI #11

## CAVALLI GRAFITTI GIRLS COLLECTION 2014







RED BOXS INDICATE AREAS WHERE CAVALLI USED EXACT IMAGES FROM MURAL IMAGES TAKEN FROM REYES REVOK STEEL MURAL SAN FRANCISCO 2011 AND USED AS TEXTILE DESIGN FOR CAVALLI GRAFITTI GIRLS COLLECTION





# JUSTCAVALLI

Minigonna
EUR 132,00
EUR 220,00
-40%



vai a Roberto Cavalli

- Login
- Logout
- My Account
- Registrazione
- Shopping Bag (0)

# JUSTCAVALLI

- donna
- uomo
- Saldi

### ABBIGLIAMENTO

- CAMICIE
- CAPISPALLA
- GONNE
- JEANS
- MAGLIERIA
- PANTALONI
- TOPWEAR
- VESTITI

### ACCESSORI

- CINTURE

# BORSE





- CALZATURE

#### Special Area

- Oniric Tie Dye
ABBIGLIAMENTO
  - New Accessories FW14
  - New Arrivals
  - CAMICIE
  - Oniric Fiber
  - CAPISPALLA
  - Turkish Glam
  - JEANS
  - Just Cavalli Covers
  - MAGLIERIA
  - Fête de la musique
  - PANTALONI
  - Mirage
  - TOPWEAR
  - Rock n' Leo

#### ACCESSORI

- CINTURE
- PICCOLA PELLETTERIA

### BORSE

donna

### CALZATURE
ABBIGLIAMENTO

#### Special Area

- CAMICIE
- CAPISPALLA
- Urban Nomads
- GONNE
- New Arrivals
- JEANS
- Just Cavalli Covers
- MAGLIERIA
- Fête de la musique
- PANTALONI
- Men's Fashion Week
- TOPWEAR
- VESTITI

#### ACCESSORI

- CINTURE
- PICCOLA PELLETTERIA

### BORSE

### CALZATURE

uomo

#### ABBIGLIAMENTO

- ABITI
- CAMICIE
- CAPISPALLA
- JEANS
- MAGLIERIA
- PANTALONI
- TOPWEAR

#### ACCESSORI

- CINTURE
- PICCOLA PELLETTERIA

### BORSE

### CALZATURE

ABBIGLIAMENTOGONNE

uomo donna

944
Like
Tweet

- Torna a Saldi
- Precedente
- Successivo
- Ti consigliamo





Clicca sull'immagine per ingrandire

# Minigonna

### S04MA0072N36701-100S

- Dettagli
- Vestibilità

Crêpe, Vita normale, Zip e gancetto, Interno sfoderato, LogoComposizione: 97% Poliestere, 3% Elastam

