




**NEW DRESSES** — Fit-and-flare styles, floral

Just Cavalli

**Just Cavalli Women's Multi-Color Stretc Sleeveless Dress US S EU 40**

Be the first to review this item

List Price: ~~$450.00~~
Price: **$235.99** & FREE Shipping
You Save: $214.01 (48%)

**Only 1 left in stock.**
Ships from and sold by ONE MODA.

- Fabric Composition: 87% Viscose 13% Elastan
- Made in Italy

















Case 2:14-cv-06659-AB-JEM   Document 1-2   Filed 08/25/14   Page 10 of 12   Page ID #:41





