





# STYLEBOP.com

Welcome!
You are in the **United States**

EN | FR | DE

women   men

Login  |  Contact  |  My Account  |  My Bag         SEARCH

NEW ARRIVALS    SHOP BY LOOK    DESIGNERS    CLOTHING    SHOES    BAGS    ACCESSORIES    LINGERIE    BEAUTY    MAGAZINE    SALE

Home > Women > Sale > Clothing > Dresses

‹ back



FULL LOOK DETAILS

    

## JUST CAVALLI
Jersey Grafitti Print Sheath Dress

$ 395

**$ 276**  (- 30%)

No extra duties or taxes

CHOOSE SIZE

| ADD TO BAG | ADD TO WISH LIST |

### ⌄ DETAILS

- Take a Downtown-cool stance on cocktail attire with this graffiti-covered sheath from Just Cavalli
- Multicolored graffiti print, scoop neckline, cap sleeves, pull-over style
- Form-fitting
- Style with a statement necklace and bright heels

### › MATERIAL & CARE

### › SIZE & FIT

More **JUST CAVALLI** ›

More Printed Dresses ›

% Sale-Alert ›

Have questions or need styling advice?
Our Customer Service team or in-house Stylist
would be happy to help!
Product code: **205.646**

⊡  RETURN FOR FREE
    if it doesn't fit

🇫  🐦  𝓟  g+

─────── YOU MIGHT ALSO LIKE ───────

Brunello Cucinelli         Helmut                              James Perse                 RED Valentino

Roberto Cavalli

QUESTIONS?         ABOUT US         POLICIES         NEWSLETTER SIGN UP



●●●○○ AT&T  LTE ⌇   9:57 PM          ◉ ✳ 97% ▭

stylebop.com          ✕

# STYLEBOP.com

women  men

Login | Contact | My Account | My Bag

NEW ARRIVALS    SHOP BY LOOK    DESIGNERS    CLOTHING    SHOES    BAGS    ACCESSORIES    LINGERIE    BEAUTY

Home > Women > Sale > Clothing > Dresses

‹ back



FULL LOOK DETAILS

   

## JUST CAVALLI
Jersey Grafitti Print Sheath Dress

~~$ 395~~
**$ 276**  (- 30%)
No extra duties or taxes

CHOOSE SIZE

**ADD TO BAG**          ADD TO

⌄ **DETAILS**

- Take a Downtown-cool stance on cocktail attire graffiti-covered sheath from Just Cavalli
- Multicolored graffiti print, scoop neckline, cap pull-over style
- Form-fitting
- Style with a statement necklace and bright hee

› MATERIAL & CARE

› SIZE & FIT

More **JUST CAVALLI** ›
More Printed Dresses ›
% Sale-Alert ›

Have questions or need styling advice?
Our Customer Service team or in-house Stylist
would be happy to help!
Product code: **205.646**

⌐ RETURN FOR FREE
if it doesn't fit

f  🐦  𝓅  g⁺

———— YOU MIGHT ALSO LIKE ————



‹  ›          ⎙          📖          🗗

●●●○○ AT&T   LTE        9:57 PM        🕐 ⚹ 97% 🔋

neimanmarcus.com

# NeimanMarcus

**Camp Gorgeous
tote + samples with purchase**

ASS

**DESIGNERS    WOMEN'S APPAREL    SHOES    HANDBAGS    JEWELRY    ACCESSORIES**



ZOOM +

   



🐦 **Pin it** 📘

## Just Cavalli
Miami Printed Slip-On Sk
$375.00

**Show Product Details** ▾

First, Select Size  ▼

COLOR: MULTI

QTY  1

**ADD TO SHOPPING BAG**

**FIND IN STORE**

🦋 ADD TO WISH LIST

🛍 ShopRunner FREE 2-Day Ship

## YOU MAY ALSO LI

 

Fendi                          Jus
Zucca-Print Slip-On            Pytl
Sneaker, Tobacco               Low
$450                           $41

●●●○○ AT&T  LTE ☀️     9:57 PM        🕐 ⁂ 97% ▭

neimanmarcus.com

# NeimanMarcus

**New Designer Sale
Arrivals! Up to 50% off**

ASS

DESIGNERS   WOMEN'S APPAREL   SHOES   HANDBAGS   JEWELRY   ACCESSORIES



ZOOM +



🐦 Pin it f

## Just Cavalli
Miami Printed Slip-On Sk
$375.00

**Show Product Details ▾**

[ First, Select Size    ▼ ]

COLOR: MULTI

QTY [ 1 ]

[ ADD TO SHOPPING BAG ]

[ FIND IN STORE ]

[ 🦋 ADD TO WISH LIST ]

🐿 ShopRunner FREE 2-Day Ship

## YOU MAY ALSO LI



Fendi
Zucca-Print Slip-On
Sneaker, Tobacco
$450

Jus
Pyth
Low
$41



●●●○○ AT&T  LTE          9:57 PM          ⏰ ⚡ 97% ▭

nordstrom.com

# NORDSTROM

 Search by keyword or item #           ₂    ≡

**FREE SHIPPING. FREE RETURNS. ALL THE TIME.**
See details.

## Just Cavalli Graffiti Print Dress

ITEM #219352          ★★★★★ (0)   Write a review

**$435.00**           Like ⟨ 2 ⟩  



+ ZOOM IN



# NORDSTROM

Search by keyword or item #



FREE SHIPPING. FREE RETURNS. ALL THE TIME.
See details.

## Just Cavalli Graffiti Print Dress

ITEM #219352          ★★★★★ (0)   Write a review

$435.00           Like 2    



+
ZOOM IN



●●●○○ AT&T  LTE          9:56 PM          🕐 ✳ 97% ▭
luisaviaroma.com

# JUST CAVALLI

MIAMI GRAFFITI TECHNO CANVAS BACKPACK

## $ 695.00 - 30% = $ 486.00

ITEM CODE 59I-BQW018

**SELECT** | DETAILS | MORE INFO?

SIZE                    UNIQUE ▾

COLOR                   ☐ MULTI

QUANTITY                1 ▾

NOW AVAILABLE

### ADD TO MY SHOPPING BAG

**FREE SHIPPING, FREE RETURNS AND IMPORT FEES INCLUDED**



# JUST CAVALLI
MIAMI GRAFFITI TECHNO CANVAS BACKPACK

●●●○○ AT&T  LTE          9:56 PM          ⏱ ✳ 97% ▭

luisaviaroma.com          ↻

🔒    SHIP TO **UNITED STATES** (US Dollar)    📍    🛒



## LUISAVIAROMA.COM
Luxury Shopping Worldwide Shipping

SEARCH          🔍

| MEN | WOMEN | KIDS | HOME | SALE |
|-----|-------|------|------|------|

| MEN | WOMEN | BOYS | GIRLS |
|-----|-------|------|-------|

BAGS > BACKPACKS

🔍



<     >          ↥          📖          ⧉







●●●○○ AT&T  LTE ☀       9:55 PM        ⏰ ✳ 97% ▭

cusp.com                                        ✕

ASSISTANCE // ACCOUNT // SHOPPING BAG

DESIGNERS     APPAREL     SHOES     HANDBAGS     ACCESSORIES     SALE     ABOUT

*bonus!* **$50 OFF** *your select regular-price $200 purchase!* // *use promo code* **JUNE50** // *shop now*



ZOOM +   VIDEO +

### Just Cavalli
*Mesh-Yoke Graffiti-Print Dress*
This DSquared2 dress embraces your curves—and a spectacular spectrum of colors.

Multicolor "Paris" graffiti-print jersey with solid-color perforated mesh yoke.
Split neckline; cap sleeves.
Faux-wrap skirt.
Fitted silhouette; hem hits above knee.
Approx. 36"L from shoulder to hem.
Viscose/spandex; polyester; unlined.
Dry clean.
Made in Italy.

**Model's measurements:** Height 5'10"/177cm, bust 32"/81cm, waist 24"/61cm, hips 34"/86cm, dress size US 2.

⊕ more

**Just Cavalli**                         QTY  1         First, Select Size ▾
*Mesh-Yoke Graffiti-Print Dress*                        COLOR: BLACK
$750.00  $450.00                                        MODERN SIZE GUIDE
CSS14_T7Z9P

✉ 🐦 Pin it f                                          **ADD TO BAG**

### YOU MAY ALSO LIKE



| Just Cavalli | Just Cavalli | Just Cavalli | Just Cavalli | Just Cavalli |
| Mixed Leopard-Print Silk Dress | Floral-Print Cap-Sleeve Jersey Dress | Printed Silk Dress, Fuchsia/Black/Multi | Orchid-Print Stretch-Jersey Dress | Leopard Swan 3/4-Sleeve Shift Dress |
| $357 | $261 | $345 | $402 | $357 |

‹  ›        ⬆        📖        ▢



## Just Cavalli Men's Miami Graffiti Print Duffle Bag

Just Cavalli



● ○ ○ ○ ○ ○

List Price: ~~$515.00~~

Price: **$315.22**

FREE Shipping. FREE Returns.

You Save: $199.78 (39%)

