





**JUST CAVALLI**
Leather Graffiti Print Biker Jacket

~~$ 1,965~~
$ 1,375   (- 30%)
No extra duties or taxes

CHOOSE SIZE

ADD TO BAG    ADD TO WISH LIST

⌄ DETAILS

- Downtown with an ultra luxe twist, this graffiti print leather jacket form Just Cavalli lends statement-making style to every ensemble
- Multicolored print leather, notched collar with silver-toned stud embellishment, long sleeves, zippered cuffs, zip pockets, diagonal front zip
- Slim tailored fit
- Showcase on a black dress with sky-high heels

› MATERIAL & CARE

› SIZE & FIT

More **JUST CAVALLI** ›
More Leather Jackets ›
% Sale-Alert ›

Have questions or need styling advice?
Our Customer Service team or in-house Stylist would be happy to help!
Product code: 205.692

RETURN FOR FREE
if it doesn't fit

   

FULL LOOK DETAILS

YOU MIGHT ALSO LIKE

    

Veronica Beard   Kenzo   Iro   Balmain   Roberto Cavalli


























**Just Cavalli**
Jul 15 at 5:12am

JUST LOVE MY T-SHIRT - Girly reinterpretations of the iconic animalier motif and true must-have of the street style by #JustCavalli! Shop now: http://bit.ly/1mG6k2D





Just Cavalli
July 22

Vanidad Spain goes retro in the June 2014 issue with a #JustCavalli SS14 total look!

19 hours ago

Home / Men's Brands / JUST CAVALLI / JUST CAVALLI MIAMI GRAFFITI TECHNO CANVAS BACKPACK



# JUST CAVALLI MIAMI GRAFFITI TECHNO CANVAS BACKPACK

$591.00 Categories BACKPACKS, JUST CAVALLI, Men, Men's Brands

- Height: 38cm Width: 31cm Depth: 18cm
- Two adjustable shoulder straps
- Front flap with side release buckle closure
- Drawstring closure
- One internal zip pocket
- All over print may vary slightly
- Polyester lining
- Made in Italy

**BUY NOW**