**ERIKSON LAW GROUP**
David Alden Erikson (SBN 189838)
david@davidalden.com
S. Ryan Patterson (SBN 279474)
ryan@davidalden.com
200 North Larchmont Boulevard
Los Angeles, California 90004
Telephone: 323.465.3100
Attorneys for Plaintiff

GINA L. DURHAM (SBN 295910)
gina.durham@dlapiper.com
**DLA PIPER LLP (US)**
555 Mission Street, Suite 2400
San Francisco, CA, 94105
T: (415) 836-2506

BENJAMIN W. TURNER (SBN 256092)
benjamin.turner@dlapiper.com
**DLA PIPER LLP (US)**
2000 Avenue of the Stars
Suite 400, North Tower
Los Angeles, CA 90067
T: (310) 595-3000
Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON WILLIAMS, an individual; VICTOR CHAPA, an individual; and JEFFREY RUBIN, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> ROBERTO CAVALLI S.P.A., an Italian corporation; STAFF INTERNATIONAL S.P.A., an Italian corporation; STAFF USA, INC., a Delaware corporation; NORDSTROM, INC., a Washington corporation; AMAZON.COM, INC., a Delaware corporation; ZAPPOS, a Delaware corporation; YOOX, an Italian corporation; LUISA VIA ROMA, S.P.A., an Italian corporation; STYLEBOP USA, LLC, a Delaware limited liability company; and NEIMAN MARCUS GROUP LTD, LLC, a Delaware limited liability company; and DOES <br><br> Defendants. | Case No. CV14-06659-AB (JEMx) <br><br> **ORDER RE STIPULATED PROTECTIVE ORDER** |

EAST\100957118.1

| | |
|---|---|
| 1 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.** |
| 2 | |
| 3 | *[signature: John E. McDermott]* |
| 4 | DATED: June 2, 2015 _____ |
| 5 | John E. McDermott<br>United States Magistrate Judge |

EAST\100957118.1

- 1 -